■ ANNA LEVINE, Doing Business as BETTER AUTO SPRING CO., Respondent, v. ABSCO DISTRIBUTORS, INC., Appellant.— In an action to recover damages for breach of contract, in which a counterclaim to recover damages for breach of contract was interposed, the appeal is from an order denying a motion to dismiss the complaint for insufficiency and for summary judgment granting the relief prayed for in the counterclaim. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ ANTHONY MASTRIANO, Appellant, v. NEW YORK DOCK COMPANY et al., Respondents, et al., Defendant.— In an action to recover damages for personal injuries the appeal is from a judgment entered upon the granting of a motion by respondent New York Dock Company for a directed verdict. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.